UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
YILBER STAPLETON-CAMIL,

                Plaintiff,

       -v-                                            24-CV-9244 (AS)

ROZZY DEMARIO QUINN and SERVICE                  ORDER
TRANSPORT INC.,

                Defendants.
------------------------------------------------------------------------X

ARUN SUBRAMANIAN, United States District Judge:

       Defendants Rozzy Demario Quinn and Service Transport Inc. removed this car-accident case from state court, invoking the Court's subject matter jurisdiction on the ground of diversity of citizenship. *See* 28 U.S.C. § 1332. In their notice of removal, defendants say that there is complete diversity of citizenship here because "Service Transport, Inc. is a foreign corporation." Dkt. 3 ¶ 4. But plaintiff's amended state-court complaint says that "Service Transport Inc. was and still is a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York." Dkt. 1-2 ¶ 4. Under the removal statute, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1). Accordingly, by December 13, 2024, defendants shall file a letter explaining why there is complete diversity here or, in the alternative, file a consent to remand.

       SO ORDERED.

Dated: December 10, 2024
       New York, New York
                                                         ARUN SUBRAMANIAN
                                                 United States District Judge