UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YILBER STAPLETON-CAMIL,<br><br>                        Plaintiff,<br><br>                 -against-<br><br>ROZZY DEMARIO QUINN and SERVICE TRANSPORT INC.,<br><br>                       Defendants. | 24-CV-9244 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's **December 16, 2024** Order, Dkt. No. 6, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **March 12, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 14, 2025**.

      SO ORDERED.

Dated: March 13, 2025
       New York, New York

                                                         ARUN SUBRAMANIAN
                                                         United States District Judge