UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

YILBER STAPLETON-CAMIL,

                            **Plaintiff,**

     -against-

ROZZY DEMARIO QUINN and SERVICE
TRANSPORT INC.,

                            **Defendants.**
------------------------------------------------------------X

24-CV-09244 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      At the April 15, 2025 Initial Pretrial Conference, the Court ordered the parties to file a joint status letter by April 30, 2025, updating the Court on relevant proceedings in state court and whether the parties intended to consolidate this case with the pending state court case. As of the filing of this order, the parties have not submitted this letter. The parties are ORDERED to submit a joint letter by May 8, 2025. The letter shall explain the status of the state court case and the parties' respective positions on consolidation or dismissal.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:    May 1, 2025
               New York, New York