**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

YILBER STAPLETON-CAMIL,

                              **Plaintiff,**

          -against-

ROZZY DEMARIO QUINN, et al.,

                            **Defendants.**

------------------------------------------------------------------X

**24-CV-09244 (SN)**

**ORDER OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____ 2/12/2026

**SARAH NETBURN, United States Magistrate Judge:**

On February 12, 2026, the parties appeared before me and reached a settlement in principle. Accordingly, it is ORDERED that this action is dismissed, provided, however, that within 30 days of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

                                          _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:      February 12, 2026
              New York, New York